UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YASEEN TRAYNOR, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>– against –<br><br>RENEWAL BY ANDERSEN LLC,<br><br>Defendant. | ECF Case<br><br>1:19-cv-02116 (JMF) (OTW)<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Yaseen Traynor and defendant Renewal by Andersen LLC (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

Active\98700226.v2

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
       July ___, 2019

STEIN SAKS, PLLC

By: _____
    David P. Force, Esq.
    285 Passaic Street
    Hackensack, New Jersey 07601
    Telephone: (201) 282-6500
    Facsimile: (201) 282-6501
    Email: dforce@steinsakslegal.com
    *Attorneys for Plaintiff*

FOX ROTHSCHILD LLP

By: _____
    James M. Lemonedes, Esq.
    Jason B. Jendrewski, Esq.
    101 Park Avenue, Suite 1700
    New York, New York 10178
    Telephone: (212) 878-7900
    Facsimile: (212) 692-0940
    Email: jlemonedes@foxrothschild.com
           jendrewski@foxrothschild.com
    *Attorneys for Defendant*

SO ORDERED.

_____
July 10, 2019

Active\98700226.v2

## CERTIFICATE OF SERVICE

I certify that on July 9, 2019, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David P. Force
David P. Force
**Stein Saks, PLLC**
285 Passaic Street
Hackensack, NJ 07601
*Attorneys for Plaintiff*